**DENIED and Opinion Filed May 14, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00553-CV**

**IN RE JAY SANDON COOPER, Relator**

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86065-2019**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Kennedy

Before the Court is relator's May 13, 2024 petition for writ of mandamus. In his petition, relator challenges the trial court's failure to rule on a motion for continuance, its finding of contempt for failure to appear at a sentencing hearing, and its issuance of an arrest warrant for such failure to appear. Relator's petition also seeks to disqualify respondent as the presiding judge of the trial court in the underlying criminal case.

To establish a right to mandamus relief in a criminal case, a relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig.

proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). In conjunction with his petition, relator also filed a motion for temporary relief to stay all trial court proceedings and a motion to waive costs. We deny the motion for temporary relief as moot and grant the motion to waive costs.

/Nancy Kennedy/
NANCY KENNEDY
240553F.P05                                          JUSTICE